# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON
MOSCOW • FRANKFURT • COLOGNE • ROME • MILAN
HONG KONG • BEIJING • BUENOS AIRES • SÃO PAULO

LESLIE B. SAMUELS
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
JOHN PALENBERG
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
MICHAEL R. LAZERWITZ
ARTHUR H. KOHN
RAYMOND B. CHECK

RICHARD J. COOPER
JEFFREY S. LEWIS
FILIP MOERMAN
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA

BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
CHRISTOPHER P. MOORE
JOON H. KIM
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
   RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MELSA
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
CARLO DE VITO PISCICELLI
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
   RESIDENT COUNSEL

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

March 2, 2012

BY ECF

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: NML Capital, Ltd., *et al.* v. The Republic of Argentina, 12-105-cv(L), and consolidated cases

Dear Ms. Wolfe:

This firm represents the Republic of Argentina (the "Republic"), appellant in the above-captioned appeals (the "Consolidated Appeals"). We enclose a stipulation of dismissal of the Consolidated Appeals (the "Stipulation of Dismissal").

We are submitting the Stipulation of Dismissal to the Court with this letter to avoid any possible confusion that might result from the use of the Court's electronic filing system. We noticed on the system that the only option by which to file the Stipulation of Dismissal pursuant to Federal Rule of Appellate Procedure 42(b), is to select a checkbox that includes the words "with prejudice." While we intend the Consolidated Appeals to be closed, it is not the intention of the parties that there be any *res judicata* effect resulting from the dismissal. As made clear in the Stipulation of Dismissal, the parties intend that any arguments that could have been raised in the Consolidated Appeals may be raised by the parties in the Republic's

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.

Catherine O'Hagan Wolfe, p. 2

forthcoming appeals of the Orders, entered by the district court on February 23, 2012, which granted permanent and preliminary injunctive relief to the plaintiffs (the "February 23 Orders").

      We are filing notices of appeal next week of the February 23 Orders as well as all underlying and/or associated orders (which includes the non-final December Orders which are the subject of the appeals being dismissed by the Stipulation of Dismissal). We will also seek to expedite and consolidate these appeals in the coming week.

                              Respectfully submitted,

                              /s/ Carmine Boccuzzi

                              Carmine D. Boccuzzi Jr.

cc: Counsel of Record (by ECF)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------ X
                                                                   :
NML CAPITAL, LTD., et al.,                                         :
                                                                   :
                    Plaintiffs-Appellees,                          :
                                                                   :
        - against -                                                :
                                                                   :    No. 12-105-cv(L)
                                                                   :    and consolidated cases
                                                                   :
REPUBLIC OF ARGENTINA,                                             :
                                                                   :
                    Defendant-Appellant.                           :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ X
```

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. App. P. 42(b), the undersigned counsel for the parties stipulate that the above-captioned consolidated appeal should be dismissed. All fees due to the Court have been paid. The parties stipulate that each party shall bear its own costs.

The parties agree that any arguments that could have been raised in the consolidated appeal may be raised in defendant-appellant's forthcoming appeals of the district

court's orders of February 23, 2012, and all underlying and/or associated orders.

Dated:  New York, New York
        March 1, 2012

GIBSON, DUNN & CRUTCHER

By: *Matthew D. McGill* /MMW
    Matthew D. McGill
    Jason J. Mendro
    200 Park Avenue
    New York, New York 10166
    (212) 351-4000
    *Attorneys for Plaintiffs-Appellee NML Capital, Ltd.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Jonathan I. Blackman
    Carmine D. Boccuzzi, Jr.
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000
    *Attorneys for Defendant-Appellant the Republic of Argentina*

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By: *Edward A. Friedman* /MMW
    Edward A. Friedman
    Daniel B. Rapport
    7 Times Square
    New York, New York 10036
    (212) 833-1100
    *Attorneys for Plaintiffs-Appellees Aurelius Capital Master, Ltd. ACP Master, Ltd., Aurelius Opportunities Fund II, LLC, and Blue Angel Capital I LLC*

MILBERG LLP

By: *Michael C. Spencer* /MMW
    Michael C. Spencer
    One Pennsylvania Plaza
    New York, NY 10119
    (212) 594-5300
    *Attorneys for Plaintiffs-Appellees Pablo Alberto Varela et al.*

SO ORDERED:

_____

2