# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of February, two thousand and thirteen,

Before:     Rosemary S. Pooler,
                Barrington D. Parker,
                Reena Raggi,

               *Circuit Judges*.

| | |
|---|---|
| NML Capital, Ltd., Aurelius Capital Master, Ltd., ACP Master, Ltd., Blue Angel Capital I LLC, Aurelius Opportunities Fund II, LLC, Pablo Alberto Varela, Lila Ines Burgueno, Mirta Susana Dieguez, Maria Evangelina Carballo, Leandro Daniel Pomilio, Susana Aquerreta, Maria Elena Corral, Teresa Munoz De Corral, Norma Elsa Lavorato, Carmen Irma Lavorato, Cesar Ruben Vazquez, Norma Haydee Gines, Marta Azucena Vazquez, Olifant Fund, LTD., | **ORDER** <br> Docket No. <br><br> 12-105, 12-109, 12-111, 12-157, 12-158, 12-163, 12-164, 12-170, 12-176, 12-185, 12-189, 12-214, 12-909, 12-914, 12-916, 12-919, 12-920, 12-923, 12-924, 12-926, 12-939, 12-943, 12-951, 12-968, 12-971 |

         Plaintiffs - Appellees,

v.

The Republic of Argentina,

         Defendant - Appellant,

The Bank of New York Mellon, as Indenture Trustee, Exchange Bondholder Group, Fintech Advisory Inc.,

         Non-Party Appellants,

Euro Bondholders, ICE Canyon LLC,

         Intervenors.
_____

      Appellant, Republic of Argentina, having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition is DENIED.

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

