# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand and thirteen.

Before:    Rosemary S. Pooler,
                    *Circuit Judges*.

---

NML Capital, Ltd., *et al.*,

    Plaintiffs-Appellees,

        v.

The Republic of Argentina,

    Defendant-Appellant,

The Bank of New York Mellon, as Indenture Trustee, Exchange Bondholder Group, Fintech Advisory Inc.,

    Non-Party Appellants,

Euro Bondholders, ICE Canyon LLC,

    Intervenors.

**ORDER**
Docket Nos. 12-105(L), 12-109(Con),
           12-111(Con), 12-157(Con),
           12-158(Con), 12-163(Con),
           12-164(Con), 12-170(Con),
           12-176(Con), 12-185(Con),
           12-189(Con), 12-214(Con),
           12-909(Con), 12-914(Con),
           12-916(Con), 12-919(Con),
           12-920(Con), 12-923(Con),
           12-924(Con), 12-926(Con),
           12-939(Con), 12-943(Con),
           12-951(Con), 12-968(Con),
           12-971(Con), 12-4694(Con),
           12-4829(Con), 12-4865(Con)

---

    IT IS HEREBY ORDERED that the motion by Duane Morris Individual Plaintiffs for leave to file an *amicus* brief is DENIED.

                                      For the Court:

                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

