# O'SHEA PARTNERS LLP

521 FIFTH AVENUE
25th FLOOR
NEW YORK, NEW YORK 10175

SEAN F. O'SHEA
MICHAEL E. PETRELLA
——
DANIEL M. HIBSHOOSH
——
AMANDA L. DEVEREUX
MARC D. FEINGOLD
THOMAS B. GARDNER
JOHN M. HENDELE IV
ANDREW B. NICK
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

May 16, 2013

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *NML Capital, Ltd. v. the Republic of Argentina*, **12-105(L)**

Dear Ms. O'Hagan Wolfe:

    We are counsel for the Exchange Bondholder Group ("EBG").  On April 23, 2013, the EBG filed an Opposition to the Duane Morris Individual Bondholders' Motion for Leave to File an *Amicus* Brief [docket no. 960].  Due to an administrative error, Appendix A to this filing, which was intended to list the interested non-parties comprising the EBG, mistakenly failed to include the names of all EBG members.  We wish to correct this error, and have attached a full and complete list of the entities comprising the EBG hereto as Corrected Appendix A.

Respectfully yours,

Michael E. Petrella

Enclosure
Cc: All Counsel (via ECF)

## <u>CORRECTED APPENDIX A</u>

The following interested non-parties are members of the Exchange Bondholder Group: Gramercy Funds Management LLC; Gramercy Argentina Opportunity Fund, Ltd.; Gramercy Distressed Debt Master Fund; Gramercy Distressed Opportunity Fund, Ltd.; Gramercy Distressed Opportunity Fund II, L.P.; Gramercy Emerging Markets Fund; Gramercy Local Currency Emerging Market Debt Master Fund; Gramercy Master Fund; Gramercy Opportunity Fund - Special Opportunities II Offshore SP; Gramercy Opportunity Fund – Special Opportunities II SP; Gramercy Opportunity Fund - Special Opportunities SP; Gramercy U.S. Dollar Emerging Market Debt Master Fund; Gramercy Select Master Fund; Massachusetts Financial Services Company d/b/a MFS Investment Management; MFS Diversified Income Fund; MFS Emerging Markets Debt Fund; MFS High Yield Opportunities Fund; MFS Emerging Markets Debt Local Currency Fund; MFS Global Bond Fund; MFS Multimarket Income Trust; MFS Charter Income Trust; MFS Meridian Funds – Emerging Markets Debt Fund; MFS Meridian Funds – High Yield Fund; MFS Meridian Funds – Global Bond Fund; MFS Meridian Funds – Emerging Markets Debt Local Currency Fund; MFS Investment Management Co. (Lux), S.a.r.l., on behalf of (i) MFS Investment Funds – Emerging Markets Debt Fund, and (ii) MFS Investment Funds – Emerging Markets Debt Local Currency Fund II; MFS Heritage Trust Company Collective Investment Trust – Emerging Markets Debt Fund; MFS Emerging Markets Debt LLC; Brevan Howard Asset Management LLP and Brevan Howard Master Fund Limited; AllianceBernstein L.P. on behalf of certain accounts managed by AllianceBernstein L.P. and its affiliates; Transamerica Partners Core Bond; Transamerica Partners Institutional Core Bond; Transamerica Partners Balanced; Transamerica Partners Institutional Balanced; Transamerica Multi-Managed Balanced VP; Transamerica Multi-Managed Balanced Portfolio; BlackRock Balanced Capital Portfolio of BlackRock Series Fund, Inc.; BlackRock Balanced Capital Fund, Inc.; BlackRock Strategic Income Opportunities Portfolio; BlackRock Balanced Capital V.I. Fund; BlackRock Total Return Portfolio; BlackRock Total Return V.I. Fund; iShares Emerging Markets High Yield Bond Fund; iShares J.P. Morgan USD Emerging Markets Bond Fund; BlackRock Emerging Markets Bond Fund; BlackRock Emerging Markets Fund; BGF Emerging Markets Bond Fund; Emerging Markets Fixed Income Fund B; Strategic

Income Opportunities Bond Fund; and Fixed Income Fundamental Trading Fund Three.