UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

---

August Term, 2011

(Argued: July 23, 2012   Decided: October 26, 2012)

Docket Nos. 12-105(L), 12-109(CON), 12-111(CON), 12-157(CON), 12-158(CON), 12-163(CON), 12-164 (CON), 12-170(CON), 12-176 (CON), 12-185 (CON), 12-189 (CON), 12-214 (CON), 12-909 (CON), 12-914 (CON), 12-916 (CON), 12-919 (CON), 12-920 (CON), 12-923 (CON), 12-924 (CON), 12-926 (CON), 12-939 (CON), 12-943 (CON), 12-951 (CON), 12-968 (CON), 12-971 (CON)

---

NML CAPITAL, LTD., AURELIUS CAPITAL MASTER, LTD., ACP MASTER, LTD., BLUE ANGEL CAPITAL I LLC, AURELIUS OPPORTUNITIES FUND II, LLC, PABLO ALBERTO VARELA, LILA INES BURGUEÑO, MIRTA SUSANA DIEGUEZ, MARIA EVANGELINA CARBALLO, LEANDRO DANIEL POMILIO, SUSANA AQUERRETA, MARIA ELENA CORRAL, TERESA MUNOZ DE CORRAL, NORMA ELSA LAVORATO, CARMEN IRMA LAVORATO, CESAR RUBEN VAZQUEZ, NORMA HAYDEE GINES, MARTA AZUCENA VAZQUEZ, OLIFANT FUND, LTD.,

*Plaintiffs-Appellees*,

—v.—

THE REPUBLIC OF ARGENTINA,

*Defendant-Appellant*.

5295

---

ERRATA

| Page | Line | Delete | Insert |
|---|---|---|---|
| 5296 | 3 | Plaintiffs appeal | Defendant Republic of Argentina appeals |

SO ORDERED:

[signature]

Barrington D. Parker
U.S. Circuit Judge
Date:

Copies have been sent by chambers to:
x_ Panel Members
x_ West Publishing Co.
x_ Clerk of the Court

RECEIVED 2013 MAY 17 PM 4:11
CLERK'S OFFICE
U.S. COURT OF APPEALS

MAY-17-2013 15:59