# MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand thirteen.

Before:    Rosemary S. Pooler,
           Barrington D. Parker,
           Reena Raggi,
                *Circuit Judges*.

------------------------------------------------

| | |
|---|---|
| NML Capital, Ltd., Aurelius Capital Master, Ltd., ACP Master, Ltd., Blue Angel Capital I LLC, Aurelius Opportunities Fund II, LLC, Pablo Alberto Varela, Lila Ines Burgueno, Mirta Susana Dieguez, Maria Evangelina Carballo, Leandro Daniel Pomilio, Susana Aquerreta, Maria Elena Corral, Teresa Munoz De Corral, Norma Elsa Lavorato, Carmen Irma Lavorato, Cesar Ruben Vazquez, Norma Haydee Gines, Marta Azucena Vazquez, Olifant Fund, Ltd., | 12-105(L), 12-109 (CON), 12-111(CON), 12-157(CON), 12-158(CON), 12-163(CON), 12-164(CON), 12-170(CON), 12-176(CON), 12-185(CON), 12-189(CON), 12-214(CON), 12-909(CON), 12-914(CON), 12-916(CON), 12-919(CON), 12-920(CON), 12-923(CON), 12-924(CON), 12-926(CON), |
| *Plaintiffs-Appellees*, | 12-939(CON), 12-943(CON), 12-951(CON), 12-968(CON), |
| v. | 12-971(CON), 12-4694(CON), 12-4829(CON), 12-4865(CON) |

The Republic of Argentina,

    *Defendant-Appellant*,

The Bank of New York Mellon, as Indenture Trustee, Exchange Bondholder Group, Fintech Advisory Inc.

    *Non-Party Appellants*,

Euro Bondholders, ICE Canyon LLC,

    *Intervenors*

------------------------------------------------

MANDATE ISSUED ON 07/09/2013

By Opinion dated October 26, 2012, in the above-captioned matter, this Court directed the Clerk's Office to dismiss the following appeals: 12-105, 12-109, 12-111, 12-157, 12-158, 12-163, 12-164, 12-170, 12-176, 12-185, 12-189, and 12-214.

IT IS HEREBY ORDERED that 12-105, 12-109, 12-111, 12-157, 12-158, 12-163, 12-164, 12-170, 12-176, 12-185, 12-189, and 12-214 are dismissed *nunc pro tunc* to October 26, 2012. The mandate shall issue forthwith for each of these appeals.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit