# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 09, 2013
Docket #: 12-105cv
Short Title: NML Capital, Ltd. v. Republic of Argentina

DC Docket #: 08-cv-6978
DC Court: SDNY (NEW YORK CITY) DC Docket #: 09-cv-1707
DC Court: SDNY (NEW YORK CITY) DC Docket #: 09-cv-1708
DC Court: SDNY (NEW YORK CITY) DC Docket #: 09-cv-8757
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-4101
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-1602
DC Court: SDNY (NEW YORK CITY) DC Docket #: 09-cv-10620
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-4782
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-3507
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-5338
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-8339
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-3970
DC Court: SDNY (NEW YORK CITY)
DC Judge: Griesa

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8560 .