# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand and thirteen.

Before:     Rosemary S. Pooler,
                 Barrington D. Parker,
                 Reena Raggi,
                       *Circuit Judges*.

_____

NML Capital, Ltd., *et al.*,

    Plaintiffs-Appellees,

        v.

The Republic of Argentina,

    Defendant-Appellant,

The Bank of New York Mellon, as Indenture Trustee, Exchange Bondholder Group, Fintech Advisory Inc.,

    Non-Party Appellants,

Euro Bondholders, ICE Canyon LLC,

    Intervenors.

**ORDER**

Docket Nos. 12-105(L), 12-109(Con), 12-111(Con),12-157(Con), 12-158(Con), 12-163(Con), 12-164(Con), 12-170(Con), 12-176(Con), 12-185(Con), 12-189(Con), 12-214(Con), 12-909(Con), 12-914(Con), 12-916(Con), 12-919(Con), 12-920(Con), 12-923(Con), 12-924(Con), 12-926(Con), 12-939(Con), 12-943(Con), 12-951(Con), 12-968(Con), 12-971(Con), 12-4694(Con), 12-4829(Con), 12-4865(Con)

_____

     On August 23, 2013, this Court issued a decision affirming the district court's amended injunctions. In that same decision, the Court entered a stay of those injunctions pending resolution of a timely petition to the Supreme Court for a writ of *certiorari*. The Appellees now request that the Court vacate the stay.

IT IS HEREBY ORDERED that the motion to vacate the stay is DENIED.

For the Court:

Catherine O'Hagan Wolfe,

Clerk of Court



Case: 12-105     Document: 1034     Page: 2     11/01/2013     1081478     2