# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand thirteen,

_____

NML Capital, Ltd., Aurelius Capital Master, Ltd., ACP Master, Ltd., Blue Angel Capital I LLC, Aurelius Opportunities Fund II, LLC, Pablo Alberto Varela, Lila Ines Burgueno, Mirta Susana Dieguez, Maria Evangelina Carballo, Leandro Daniel Pomilio, Susana Aquerreta, Maria Elena Corral, Teresa Munoz De Corral, Norma Elsa Lavorato, Carmen Irma Lavorato, Cesar Ruben Vazquez, Norma Haydee Gines, Marta Azucena Vazquez, Olifant Fund, LTD.,

    Plaintiffs - Appellees,

v.

The Republic of Argentina,

    Defendant - Appellant,

The Bank of New York Mellon, as Indenture Trustee, Exchange Bondholder Group, Fintech Advisory Inc.,

    Non-Party Appellants,

Euro Bondholders, ICE Canyon LLC,

    Intervenors.

_____

**ORDER**

Docket Nos: 12-105 (L),

12-109(C), 12-111(C), 12-157(C),
12-158(C), 12-163(C), 12-164(C),
12-170(C), 12-176(C), 12-185(C),
12-189(C), 12-214(C), 12-909(C),
12-914(C), 12-916(C), 12-919(C),
12-920(C), 12-923(C), 12-924(C),
12-926(C), 12-939(C), 12-943(C),
12-951(C), 12-968(C), 12-971(C),
12-4694(C), 12-4829(C),
12-4865(C)

Appellant The Republic of Argentina has filed a petition for rehearing en banc. The active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

