# 12-105-cv(L)

12-109 (CON), 12-111 (CON), 12-157 (CON), 12-158 (CON), 12-163 (CON), 12-164 (CON), 12-170 (CON), 12-176 (CON), 12-185 (CON), 12-189 (CON),12-214 (CON), 12-909 (CON), 12-914 (CON), 12-916 (CON), 12-919 (CON),12-920 (CON),12-923 (CON), 12-924 (CON), 12-926 (CON), 12-939 (CON),12-943 (CON), 12-951 (CON), 12-968 (CON), 12-971 (CON), 12-4694 (CON), 12-4829 (CON), 12-4865 (CON)

## In the United States Court of Appeals
## for the Second Circuit

NML CAPITAL, LTD., AURELIUS CAPITAL MASTER, LTD., ACP MASTER, LTD., BLUE ANGEL CAPITAL I LLC, AURELIUS OPPORTUNITES FUND II, LLC, PABLO ALBERTO VARELA, LILA INES BURGUENO, MIRTA SUSANA DIEGUEZ, MARIA EVANGELINA CARBALLO, LEANDRO DANIEL POMILIO, SUSANA AQUERRETA, MARIA ELENA CORRAL, TERESA MUNOZ DE CORRAL, NORMA ELSA LAVORATO, CARMEN IRMA LAVORATO, CESAR RUBEN VAZQUEZ, NORMA HAYDEE GINES, MARTA AZUCENA VAZQUEZ, OLIFANT FUND, LTD.,

(*caption continued on inside cover*)

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## NOTICE OF DENIAL OF CERTIORARI

Edward A. Friedman
Daniel B. Rapport
FRIEDMAN KAPLAN SEILER
& ADELMAN LLP
7 Times Square
New York, NY 10036
(212) 833-1100

Roy T. Englert, Jr.
Mark T. Stancil
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 775-4500

*Counsel for Plaintiffs-Appellees Aurelius Entities and Blue Angel Capital I LLC*
(additional appearances on inside cover)

*Plaintiffs-Appellees*,

-v.-

THE REPUBLIC OF ARGENTINA,

*Defendant-Appellant*,

THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE,
EXCHANGE BONDHOLDER GROUP, FINTECH ADVISORY INC.,

*Non-Party Appellants*,

EURO BONDHOLDERS, ICE CANYON LLC,

*Intervenors.*

_____

Robert A. Cohen
DECHERT LLP
1095 Avenue of the Americas
New York, N.Y. 10036
(212) 698-3500

Theodore B. Olson
Matthew D. McGill
Jason J. Mendro
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500

*Counsel for Plaintiff-Appellee NML Capital, Ltd.*

Leonard F. Lesser
SIMON LESSER, P.C.
420 Lexington Avenue
New York, NY 10170
(212) 599-5455
*Counsel for Plaintiff-Appellee
Olifant Fund, Ltd.*

Michael C. Spencer
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10019
(212) 594-5300
*Counsel for Plaintiffs-Appellees Pablo
Alberto Varela et al.*

## <u>NOTICE OF DENIAL OF CERTIORARI</u>

Appellees hereby enclose a copy of the Supreme Court order denying Argentina's petition for a writ of certiorari (Supreme Court No. 13-990) in the above-captioned cases. This Court had previously entered a stay of the mandate in this case pending disposition of the Republic's petition for a writ of certiorari. Pursuant to Fed. R. App. P. 41(d)(2)(D), this Court "must issue the mandate immediately." Consistent with this Court's August 23, 2013, opinion, the Amended February 23 Orders are now in full force and effect.[1]

Dated: June 16, 2014

Respectfully submitted,

By: /s/ Roy T. Englert, Jr.

Edward A. Friedman
Daniel B. Rapport
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, N.Y. 10036
(212) 833-1100

Roy T. Englert, Jr.
Mark T. Stancil
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER &
SAUBER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 775-4500

*Counsel for Plaintiffs-Appellees Aurelius Entities and Blue Angel Capital I LLC*

---

[1] The Exchange Bondholder Group, appellant in Second Circuit Appeal No. 12-4694, also filed a petition for a writ of certiorari. That petition (Supreme Court No. 13-991) was also denied.

Robert A. Cohen
DECHERT LLP
1095 Avenue of the Americas
New York, N.Y. 10036
(212) 698-3500

Theodore B. Olson
Matthew D. McGill
Jason J. Mendro
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500

*Counsel for Plaintiff-Appellee NML Capital, Ltd.*

Leonard F. Lesser
SIMON LESSER, P.C.
420 Lexington Avenue
New York, NY 10170
(212) 599-5455
*Counsel for Plaintiff-Appellee*
*Olifant Fund, Ltd.*

Michael C. Spencer
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10019
(212) 594-5300
*Counsel for Plaintiffs-Appellees Pablo*
*Alberto Varela et al.*

(ORDER LIST: 573 U. S.)


**MONDAY, JUNE 16, 2014**


**CERTIORARI -- SUMMARY DISPOSITION**

13-576        NOMURA HOME EQUITY LOAN, ET AL. V. NATIONAL CREDIT UNION ADMIN.

The petition for a writ of certiorari is granted.  The
judgment is vacated, and the case is remanded to the United
States Court of Appeals for the Tenth Circuit for further
consideration in light of *CTS Corp*. v. *Waldburger*, 573 U. S. ___
(2014).

**ORDERS IN PENDING CASES**

13M130        RODRIGUEZ, MAYA V. COLORADO

The motion to direct the Clerk to file a petition for a writ
of certiorari out of time is denied.

13-817        KELLOGG BROWN & ROOT SERVICES V. HARRIS, CHERYL, ET AL.

13-1241       KBR, INC., ET AL V. METZGAR, ALAN, ET AL.

The Solicitor General is invited to file briefs in these
cases expressing the views of the United States.

13-9254       RILEY, JAMES W. V. DELAWARE

The motion of petitioner for reconsideration of order
denying leave to proceed *in forma pauperis* is denied.

13-9969       WAGNER, PETER V. IL LABOR RELATIONS BOARD, ET AL.

The motion of petitioner for leave to proceed *in forma
pauperis* is denied.  Petitioner is allowed until July 7, 2014,
within which to pay the docketing fee required by Rule 38(a) and
to submit a petition in compliance with Rule 33.1 of the Rules
of this Court.

**CERTIORARI GRANTED**

13-983        ELONIS, ANTHONY D. V. UNITED STATES

       The petition for a writ of certiorari is granted. In addition
to the question presented by the petition, the parties are
directed to brief and argue the following question:  "Whether,
as a matter of statutory interpretation, conviction of
threatening another person under 18 U. S. C. §875(c) requires
proof of the defendant's subjective intent to threaten."

13-1041    )   PEREZ, SEC. OF LABOR, ET AL. V. MORTGAGE BANKERS ASSOC.
          )
13-1052    )   NICKOLS, JEROME, ET AL. V. MORTGAGE BANKERS ASSOC., ET AL.

       The petitions for writs of certiorari are granted. The cases
are consolidated and a total of one hour is allotted for oral
argument.

**CERTIORARI DENIED**

13-897        BROWN, SUPT., WABASH VALLEY V. SHAW, TROY R.

13-936        SWIFT TRANSPORTATION CO., ET AL. V. VAN DUSEN, VIRGINIA, ET AL.

13-947        CARET, ROBERT L., ET AL. V. UNIVERSITY OF UTAH

13-950        PERI & SONS FARMS, INC. V. RIVERA, VICTOR R., ET AL.

13-1001       RAJARATNAM, RAJ V. UNITED STATES

13-1091       GARDA CL NORTHWEST, INC. V. HILL, LAWRENCE, ET AL.

13-1222       BARAKAT, FRED V. BOARD ON PROF'L RESPONSIBILITY

13-1225       GRANDOIT, GERARD D. V. USDC D MA

13-1231       AMERICAN COMMERCIAL LINES V. LAURIN MARITIME AB, ET AL.

13-1258       TURNER, SUSAN C. V. UNITED STATES, ET AL.

13-1289    )   C.O.P. COAL DEVELOPMENT CO. V. JUBBER, GARY E., ET AL.
          )
13-1292    )   ANR COMPANY, INC., ET AL. V. JUBBER, GARY E., ET AL.

13-1293       SPRINKLE, JIMMY R. V. GIBSON, ACTING SEC. OF VA

13-1295       LAHAINA FASHIONS, INC. V. BANK OF HAWAI'I, ET AL.

```
13-1325     CHEN, MICHAEL V. UNITED STATES

13-1326     YEAGER, CHARLES E. V. AVIAT AIRCRAFT, INC., ET AL.

13-1331     MICHELOTTI, PAUL V. UNITED STATES

13-1336     ARNAUTA, MIHAI V. FLORIDA

13-1338     AM. PETROLEUM & TRANSPORT, INC. V. NEW YORK, NY, ET AL.

13-1347     BEACH, OLIVER V. ILLINOIS

13-1355     PIPPEN, SCOTTIE V. NBC UNIVERSAL MEDIA, ET AL.

13-1357     FERNANDEZ DE IGLESIAS, MARIA V. UNITED STATES

13-1364     SHENEMAN, JEREMIE V. UNITED STATES

13-8226     GREEN, MARK V. UNITED STATES

13-8245     QUICHOCHO, CLIFFORD V. CALIFORNIA

13-8346     WILLIAMSON, ANTHONY T. V. SOUTH CAROLINA

13-8801     DONG, HUNG X. V. UNITED STATES

13-8900     COOK, BETTY D. V. IL DOC

13-8923     JEFFERSON, KENNETH A. V. UNITED STATES

13-9150     PEREZ-MEJIA, MANUEL V. UNITED STATES

13-9151     PREYOR, TAI C. V. STEPHENS, DIR., TX DCJ

13-9281     GEORGE, ROSEVELT V. UNITED STATES

13-9568     GILBERT, KEVIN A. V. WASHINGTON

13-9583     FOSTER, JOHN M. V. GEORGIA

13-9584     WRIGHT, MICHAEL J. V. CREWS, SEC., FL DOC

13-9586     WASHINGTON, ADRIAN V. DENNEY, WARDEN, ET AL.

13-9596     JOHNSON, DARRIN V. CONNOLLY, SUPT., FISHKILL

13-9598     KALLUVILAYILL, BABU S. V. TX BOARD MEMBERS, ET AL.

13-9612     RICHARDS, DANNY R. V. MITCHEFF, MICHAEL, ET AL.

13-9613     JOHNSON, DEXTER L. V. TRAMMELL, WARDEN

13-9615     McCLUSKEY, PETER V. COMM'R OF NASSAU COUNTY, ET AL.

13-9617     CASTERLINE, DEAMUS T. V. STEPHENS, DIR., TX DCJ
```

13-9618      RODRIGUEZ-RODRIGUEZ, ALEXIS V. UNITED STATES

13-9622      PRIETO, ALFREDO R. V. PEARSON, WARDEN

13-9631      GULBRANDSON, DAVID V. RYAN, DIR., AZ DOC

13-9634      MACK, JASON J. V. WASHINGTON

13-9635      GUZMAN, SAMUEL S. V. LONG, WARDEN

13-9642      RICHARDSON, JOHN V. SANTIAGO, ADM'R, NJ, ET AL.

13-9648      SHAREEF, TACUMA V. TEXAS

13-9654      LaBRANCHE, JAMIE V. BECNEL, MARY H.

13-9659      ALEXANDER, MICHAEL A. V. WISCONSIN

13-9667      CORBIN, JOHN L. V. LAMAS, MARIROSA

13-9677      BURKS, LAMAR V. STEPHENS, DIR., TX DCJ

13-9680      EVANS, MAURICE V. ILLINOIS

13-9809      HOLMES, JOEL C. V. ROBERTS, SARAH, ET AL.

13-9813      HAMILTON, JAMES J. V. MISSOURI

13-9830      BROWN, QUINTIN I. V. CLARKE, DIR., VA DOC

13-9831      OROZCO, HECTOR V. McDONALD, WARDEN, ET AL.

13-9868      ZHAO, JIN V. WARNOCK, SUSAN C.

13-9907      ADKINS, WILLIAM R. V. DINGUS, WARDEN

13-9943      CROSBY, JAMES V. V. FLORIDA

13-9960      JORDAN, KEITH L. V. FLORIDA

13-9970      D. H. V. NEW JERSEY

13-10013     JOHNSON, WILLIAM R. V. WEST VIRGINIA

13-10021     COLLINS, JERMAINE V. CREWS, SEC., FL DOC, ET AL.

13-10040     MANTZ, ANNIE V. US BANK NATIONAL ASSOCIATION

13-10064     PHILBERT, MORTIMER V. MSPB

13-10093     CAMPBELL, ROBERT J. V. LIVINGSTON, EXEC. DIR., TX DCJ

13-10117     RODRIGUEZ, RAMIRO V. UNITED STATES

13-10118     WEISCHEDEL, STACY V. TEWS, WARDEN

13-10122    ALEBORD, GLEN V. MASSACHUSETTS

13-10126    BLAKE, BYRON V. UNITED STATES

13-10129    ONTIVEROS, TITO V. UNITED STATES

13-10132    WARNER, ADELBERT H. V. UNITED STATES

13-10136    KING, DARON C. V. UNITED STATES

13-10141    MANLEY, BRANDON V. UNITED STATES

13-10147    PARKER, RUSHAUN N. V. UNITED STATES

13-10153    PHILLIPS, GARLAND V. UNITED STATES

13-10154    ALVAREZ-ALDANA, MARIO V. UNITED STATES

13-10155    COPRICH, DANIEL, ET AL. V. UNITED STATES

13-10157    MARSHALL, DYLAN V. UNITED STATES

13-10166    GUTIERREZ, RUDY V. UNITED STATES

13-10167    GRIFFIN, CAMERON S. V. UNITED STATES

>        The petitions for writs of certiorari are denied.

13-990    )   ARGENTINA V. NML CAPITAL, LTD., ET AL.
          )
13-991    )   EXCHANGE BONDHOLDER GROUP V. NML CAPITAL, LTD., ET AL.

>        The petitions for writs of certiorari are denied.  Justice
Sotomayor took no part in the consideration or decision of these
petitions.

13-9604    NIXON, TRACY S. V. USDC ND TX

>        The motion of petitioner for leave to proceed *in forma
pauperis* is denied, and the petition for a writ of certiorari is
dismissed.  See Rule 39.8.

13-9816    JONES, FELICIA N. V. USPS

>        The motion of petitioner for leave to proceed *in forma
pauperis* is denied, and the petition for a writ of certiorari is
dismissed.  See Rule 39.8.  As the petitioner has repeatedly
abused this Court's process, the Clerk is directed not to accept

any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

**HABEAS CORPUS DENIED**

13-10236    IN RE CAREL A. PRATER

13-10258    IN RE MICHAEL GREEN

The petitions for writs of habeas corpus are denied.

**MANDAMUS DENIED**

13-9621    IN RE TERRY L. FISH

The petition for a writ of mandamus is denied.

**PROHIBITION DENIED**

13-10124    IN RE HENRY U. JONES

The petition for a writ of prohibition is denied.

**REHEARINGS DENIED**

12-794    WHITE, WARDEN V. WOODALL, ROBERT K.

13-926    LUTFI, GEORGE V. UNITED STATES

13-985    THOMASON, MARILYNN V. MADISON REAL PROPERTY, LLC

13-987    THOMASON, MARILYNN V. BAGLEY, JOHN K., ET AL.

13-1130    HEADIFEN, GRANT R. V. HARKER, VANESSA

13-8033    MATTHEWS, ALEXANDER V. UNITED STATES

13-8638    MANEY, BILLY R. V. NEELY, SUPT., PIEDMONT

13-8679    DRIESSEN, ROCHELLE V. HOME LOAN STATE BANK

13-8713    ROSS, ALVIN R. V. SCHWARZENEGGAR, ARNOLD, ET AL.

13-8951    RILEY, KYJAHRE V. UNITED STATES

13-9004    TOOLE, CATHY L. V. OBAMA, PRESIDENT OF U.S., ET AL.

13-9018    CURTIS, JERMAINE V. UNITED STATES

13-9039        KIDD, SHAUN V. UNITED STATES

        The petitions for rehearing are denied.

**ATTORNEY DISCIPLINE**

D-2759        IN THE MATTER OF DISBARMENT OF NORMAN MALINSKI

        Norman Malinski, of Miami, Florida, having been suspended from the practice of law in this Court by order of February 24, 2014; and a rule having been issued requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

        It is ordered that Norman Malinski is disbarred from the practice of law in this Court.

D-2760        IN THE MATTER OF DISBARMENT OF TIMOTHY FRANCIS DALY

        Timothy Francis Daly, of Rockville Centre, New York, having been suspended from the practice of law in this Court by order of February 24, 2014; and a rule having been issued requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

        It is ordered that Timothy Francis Daly is disbarred from the practice of law in this Court.

D-2761        IN THE MATTER OF DISBARMENT OF B. MICHAEL CORMIER

        B. Michael Cormier, of Haverhill, Massachusetts, having been suspended from the practice of law in this Court by order of February 24, 2014; and a rule having been issued requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

        It is ordered that B. Michael Cormier is disbarred from the practice of law in this Court.

D-2763        IN THE MATTER OF DISBARMENT OF BRUCE ALLEN CRAFT

Bruce Allen Craft, of Baton Rouge, Louisiana, having been suspended from the practice of law in this Court by order of February 24, 2014; and a rule having been issued requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

It is ordered that Bruce Allen Craft is disbarred from the practice of law in this Court.

D-2764    IN THE MATTER OF DISBARMENT OF AMAKO N. K. AHAGHOTU

Amako N. K. Ahaghotu, of Washington, District of Columbia, having been suspended from the practice of law in this Court by order of February 24, 2014; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

It is ordered that Amako N. K. Ahaghotu is disbarred from the practice of law in this Court.

D-2765    IN THE MATTER OF DISBARMENT OF LEON IRWIN EDELSON

Leon Irwin Edelson, of Deerfield, Illinois, having been suspended from the practice of law in this Court by order of February 24, 2014; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

It is ordered that Leon Irwin Edelson is disbarred from the practice of law in this Court.

D-2766    IN THE MATTER OF DISBARMENT OF JASON W. SMIEKEL

Jason W. Smiekel, of Lisbon, Ohio, having been suspended from the practice of law in this Court by order of February 24, 2014; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and

the time to file a response having expired;

It is ordered that Jason W. Smiekel is disbarred from the practice of law in this Court.

D-2767    IN THE MATTER OF DISBARMENT OF HOWARD ALLEN WITTNER

Howard Allen Wittner, of St. Louis, Missouri, having been suspended from the practice of law in this Court by order of February 24, 2014; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

It is ordered that Howard Allen Wittner is disbarred from the practice of law in this Court.

D-2769    IN THE MATTER OF DISBARMENT OF LENNOX JACINTO SIMON

Lennox Jacinto Simon, of Mitchellville, Maryland, having been suspended from the practice of law in this Court by order of March 24, 2014; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

It is ordered that Lennox Jacinto Simon is disbarred from the practice of law in this Court.