

1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**ROBERT A. COHEN**

robert.cohen@dechert.com
+1 212 698 3501  Direct
+1 212 314 0001  Fax

June 16, 2014

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *NML v. Republic of Argentina,* 12-105

Dear Ms. O'Hagan Wolfe:

The Court docket in the above-referenced matter lists the appearance of Eric C. Kirsch of Dechert LLP as counsel for NML Capital, Ltd. ("NML").  This is to advise you that Mr. Kirsch left the firm in November 2013.  Accordingly, his name can be removed from the ecf notification list and the case docket.

Dechert LLP remains as counsel for NML in this matter and the appearances by other Dechert LLP attorneys are unaffected by this request.

Thank you for your courtesies.

Sincerely,

*/s/ Robert A. Cohen*

Robert A. Cohen

RAC